516 A.2d 1172

**COMMONWEALTH of Pennsylvania**

v.

**John KOPYCINSKI, a/k/a John Cooper, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 10, 1986.

Petition for Allowance of Appeal GRANTED, No. 81 W.D. Appeal Docket 1986.